IN THE SUPREME COURT OF TEXAS

 No. 09-0924

 IN RE EXMARK MANUFACTURING COMPANY INCORPORATED

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for temporary relief, filed November 5, 2009,
is granted. The order dated July 21, 2009, in Cause No. C-413-09-C,
styled Rodolfo Luis Castillo, Jr. and Yadira Ivette Arroyo v. Exmark
Manufacturing Company Incorporated, The Toro Company, and Young Men's
Christian Association of the Greater Houston Area, in the 139th District
Court of Hidalgo County, Texas, is stayed pending further order of this
Court.
 2. The real parties in interest are requested to respond to
relator's petition for writ of mandamus on or before 3:00 p.m., November
19, 2009.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this November 9, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk